**DIANNE C. KERNS, ESQ.**
**CHAPTER 13 TRUSTEE**
PMB #413
7320 NORTH LA CHOLLA #154
TUCSON AZ 85741
Telephone (520)544-9094
Fax (520)544-7894

# UNITED STATES BANKRUPTCY COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| In re: | ) CHAPTER 13 PROCEEDINGS |
|---|---|
| DANIEL DEAN SCHLAX | ) Case No.: 04-04911-TUC-EWH |
| CARRIE MICHELL SCHLAX | ) **Application for Payment of Unclaimed Funds to the U.S. Bankruptcy Court** |
| Debtors | ) |

Dianne C. Kerns, Standing Chapter 13 Trustee of the above-captioned bankruptcy estate, reports that the following dividend checks have been issued and returned as undeliverable and/or remained uncashed, and that more than (90) days have elapsed from the dates of issuance:

| Check No. | Date Issued | Debtor/Creditor Name and Address | Amount |
|---|---|---|---|
| 105539 | 07/25/2006 | T&T DISTRIBUTING<br>5740 E. 22ND ST<br>TUCSON, AZ 85711 | $3.57 |
| | | **Total** | **$3.57** |

The Trustee asks that an order be entered to Section 347(a) of the Bankruptcy Code directing the Trustee to pay over the total amount of $3.57 to the Clerk of the Court to be deposited in the registry thereof.

Dated: 08/25/2009

**/s/ Dianne C. Kerns, #011557**
Dianne C. Kerns, Esq.
Chapter 13 Trustee

Case 4:04-bk-04911-EWH    Doc 40    Filed 08/25/09    Entered 08/25/09 11:34:25    Desc
Main Document    Page 1 of 1